April 17, 2009

Mr. Don R. Cotton
The Bob Richardson Law Firm
812 San Antonio St., Ste. 300
Austin, TX 78701
Mr. L. Chris Heinemeyer
Krenek & Heinemeyer, P.C.
9601 McAllister Freeway, Suite 1110
San Antonio, TX 78216

RE: Case Number: 07-0760
 Court of Appeals Number: 11-05-00371-CV
 Trial Court Number: 04-0-017

Style: GREG TANNER AND MARIBEL TANNER, INDIVIDUALLY AND AS NEXT
 FRIENDS OF K.T. AND R.T., MINOR CHILDREN
 v.
 NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Tina Morgan |
| |Ms. Sherry |
| |Williamson |